IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **Vitol International Shipping Pte Ltd.** | § | CASE NO. 4:25-CV-3424 |
| | § | |
| *Plaintiff,* | § | IN ADMIRALTY |
| | § | |
| v. | § | |
| | § | |
| **LPG TINOS I, her engines, freights, apparel,** | § | |
| **appurtenances, tackle, etc.,** *in rem*, **and** | § | |
| **Tinos Maritime & Trading SA and** | § | |
| **Pearl Petrochemical FZE,** *in personam*, | § | |
| | § | |
| *Defendants.* | § | |

## UNOPPOSED MOTION TO CONTINUE STAY OF ALL LITIGATION DEADLINES AND HEARINGS

Defendants LPG TINOS I, Tinos Maritime & Trading SA, and Pearl Petrochemical FZE ("Defendants"), by and through undersigned counsel, respectfully move this Court for an order continuing the stay of all litigation deadlines and hearings in this matter through December 12, 2025. In support thereof, Defendants state as follows:

Plaintiff initiated these proceedings on July 24, 2025 by filing the Complaint seeking attachment and arrest of the LPG Tinos I. *See* Compl., ECF No. 1. On August 6, 2025, Plaintiff filed its Motion for Issuance of Warrant for Arrest, ECF No. 6, and on August 7, 2025, Plaintiff filed its Motion for Issuance of Order Authorizing Process of Maritime Attachment and Garnishment. ECF No. 7. On August 7, 2025, this Court granted Plaintiff's motions and ordered the maritime arrest of the TINOS I and process for maritime attachment and garnishment. *See* ECF Nos. 9-11. On August 25, 2025, Defendants appeared and motioned to vacate the attachment and arrest pursuant to Supplemental Rule E(4)(f) of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure. *See* ECF No. 26. The Court then entered a briefing

1

schedule, and following successive consent motions, extensions were granted to allow the parties to pursue settlement. *See* ECF Nos. 32-39. On October 10, 2025, Defendants filed their Notice of Withdrawal of Motion to Vacate and Motion for Adjournment, which the Court granted, in light of the parties' ongoing settlement discussions. ECF Nos. 40, 42.

Since the granting of the prior motions, the parties have negotiated in good faith and have reached an agreement in principle to resolve all claims. In order to finalize a written settlement agreement to memorialize the parties' agreement, on October 17, 2025, Defendants filed an unopposed motion to stay all proceedings in this matter for 30 days. ECF No. 43. The Court granted that motion on October 27, 2025 and stayed all proceedings until November 26, 2025. ECF No. 44.

As the parties continued their discussions to finalize the written settlement agreement, obtain signatures, and complete the necessary documentation and undertakings, the Defendants requested that the Court continue the stay of all litigation deadlines and hearings through December 5, 2025. ECF No. 45. The Court has not yet ruled that motion.

At the current time, the parties continue their discussions to finalize the written settlement agreement, and require additional time to do so. Accordingly, the Defendants respectfully request a one week extension of the stay of all litigation deadlines and hearings through December 12, 2025. Granting this stay will conserve judicial resources, avoid unnecessary filings, and aid in the prompt and orderly conclusion of this matter.

As evidenced by the certificate of conference affixed to this motion, undersigned counsel has contacted Plaintiff's counsel regarding Plaintiff's position with respect to such motion, and was informed that the Plaintiff is unopposed to the stay.

WHEREFORE, Defendants respectfully request that the Court grant this Motion and enter an order staying this action, including all pending deadlines and hearings, through December 12, 2025 so that the parties may finalize their settlement agreement.

Respectfully submitted,

Ferrari & Associates

By:  /s/ Erich C. Ferrari

Erich C. Ferrari
Attorney-in-Charge
DC Bar No. 978253
SDTX Federal ID No. 607372
1455 Pennsylvania Ave., NW
Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370
Fax: (877) 448-4885

*Attorney for Defendants*
*LPG TINOS I, her engines, freights apparel, appurtenances, tackle, etc., in rem, and Tinos Maritime & Trading SA and Pearl Petrochemical FZE, in personam*

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 5, 2025, I conferred with George M. Chalos, attorney-in-charge for Plaintiff, concerning this Motion, and the Plaintiff is unopposed to the Motion.

/s/ Erich C. Ferrari
Erich C. Ferrari

## CERTIFICATE OF SERVICE

I certify that on the 5th day of December 2025, I submitted the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case

filing system of the Court. I hereby certify that I have served all counsel of record in the manner authorized by Federal Rule of Civil Procedure 5(b)(2):

    George M. Chalos
    Attorney for Plaintiff
    7210 Tickner Street
    Houston, TX 77055

    */s/ Erich C. Ferrari*
    Erich C. Ferrari