IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **Vitol International Shipping Pte Ltd.** | § | **CASE NO. 4:25-CV-3424** |
| | § | |
| *Plaintiff,* | § | **IN ADMIRALTY** |
| | § | |
| v. | § | |
| | § | |
| **LPG TINOS I, her engines, freights, apparel, appurtenances, tackle, etc.,** *in rem*, **and Tinos Maritime & Trading SA and Pearl Petrochemical FZE,** *in personam*, | § | |
| | § | |
| *Defendants.* | § | |

## [PROPOSED] ORDER

Upon consideration of Defendants, LPG TINOS I, Tinos Maritime & Trading SA, and Pearl Petrochemical FZE's Unopposed Motion to Continue Stay of All Litigation Deadlines and Hearings, it is hereby ORDERED that the Motion is GRANTED. It is therefore ORDERED that all deadlines and hearings, are hereby STAYED through December 18, 2025.

**SO ORDERED.**

_____      _____
DATE                                                          UNITED STATES DISTRICT JUDGE